AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Jamil Al-Amin

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV607-26

Hugh Smith

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with this Court's Order dated August 26, 2010, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court and dismissing this case, judgment of dismissal is hereby entered. This action stands closed.



August 26, 2010
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03